AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by [signature] D.C.
MAY 30 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America
v.
KAMRAN EBRAHIMI,

*Defendant(s)*

Case No. 17-8192-WM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 26, 2017 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C., Section 871<br>18 U.S.C., Section 115 | Threats against the President; Threat with intent to retaliate against a Federal Law Enforcement Official |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Angela Conde, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 28, 2017

[signature]
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Angela A. Conde, being duly sworn, depose and state the following:

1. I am a Special Agent of the United States Secret Service ("USSS"), and I have been so employed since December 1998. Prior to working for USSS, I was a Customs Inspector for the U.S. Customs Service for almost two years. As a USSS Special Agent, I am responsible for investigating violations of United States law, including violations of Title 18 of the United States Code. I have received investigative training in crimes including threats against the President and threats against federal agents. I am an investigative law enforcement officer of the United States in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code Section 3056.
2. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel or civilians. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint charging Kamran

Michael EBRAHIMI, with threats against the President, in violation of Title 18, United States Code, Section 871, and threat with intent to retaliate against a Federal Law Enforcement Official, in violation of Title 18, United States Code, Section 115. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

3. On or about May 26, 2017, the Palm Springs Police Department (PSPD) advised the USSS Duty Agent that they responded to a facility called "Retreat at Palm Beach" because patient Kamran Michael EBRAHIMI was making threats against President of the United States (POTUS) Donald Trump, the White House and a USSS Agent. EBRAHIMI was being treated at "Retreat at Palm Beach" in a 30 day program, and became agitated because he wanted to leave the program after 8 days of treatment. EBRAHIMI was advised by the treatment facility that he could not leave before treatment was completed. EBRAHIMI escalated his aggressive statements towards the facility personnel and yelled, among other things, "I hate that Rieth mother fucker" and "I will rip out his [Rieth's] throat when I see him". EBRAHIMI additionally stated, "I will nuke the White House".

4. EBRAHIMI came to the attention of the USSS on or about May 9, 2017 when the Coral Springs Police Department (CSPB) contacted Special Agent (SA) Rieth regarding threats EBRAHIMI made against POTUS Trump on May 5, 2017 while being Baker Acted. The CSPB had been called by EBRAHIMI's family because they believed he was suicidal. During that incident EBRAHIMI made several threatening statements against the police and President Donald Trump. The police recorded EBRAHIMI as stating "Give this speech to Donald Trump before I assassinate him".

5. On May 9, 2017, after EBRAHIMI had been released from the Baker Act hold, USSS SA Rieth and a Coral Springs Police Officer interviewed EBRAHIMI at his residence about the threats he made against President Donald Trump on May 5, 2017. During the interview EBRAHIMI was medicated, cooperative, apologetic and remorseful about the threats.

6. EBRAHIMI's mother, Paule Ebrahimi, was also interviewed regarding the incident. PAULE EBRAHIMI confirmed that her son was Baker Acted on May 5, 2017 and that she was looking for a treatment facility to get her son the help he needs for bi-polar disorder exacerbated by drug abuse.

7. On May 26, 2017, I spoke to PSPD officer regarding EBRAHIMI's

incident at the Retreat at Palm Beach facility. PSPD Officer advised that EBRAHIMI was aggressively verbally threatening personnel of the facility and the Officers that responded to the facility. According to facility records, EBRAHIMI was medicated at the time. EBRAHIMI was again Baker Acted and transported to JFK Medical Center.

8. I responded to JFK Medical Center and interviewed the intake nurse who confirmed that EBRAHIMI was aggressively verbally threatening the hospital staff and police officers transporting him to the hospital. EBRAHIMI was provided antipsychotic and sedating medicine in order to calm him down. At the time I responded to the hospital, the Psychiatrist on duty had not yet evaluated EBRAHIMI. EBRAHIMI was not interviewed.

9. On this same date, I responded to Retreat at Palm Beach and interviewed the Clinical Supervisor and Executive Director regarding the incident and threats made by EBRAHIMI. They both confirmed and provided statement of the threats made by EBRAHIMI towards USSS Agent Rieth and the White House.

10. On May 28, 2017, I interviewed personnel at the JFK Medical Center Psych Pavilion Unit regarding EBRAHIMI. They advised that EBRAHIMI continued to make increasingly

aggressive threats against POTUS Trump and the staff at the hospital. They further stated that EBRAHIMI wanted to leave the facility, and was continuing to exhibit very aggressive and violent behavior when his requests were denied.

11. Based upon the foregoing, your affiant submits that there is probable cause to believe that Kamran EBRAHIMI is in violation of Title 18, United States Code, Section 871 and Title 18, United States Code, Section 115.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ANGELA CONDE, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn and subscribed before
me this 28th day of May, 2017

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. __________________**

**UNITED STATES OF AMERICA**

**v.**

**KAMRAN EBRAHIMI,**

**Defendant.**
______________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes ____X____ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _______ Yes ____X____ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: [signature]
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY
Admin No. 5500286
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Carolyn.Bell@usdoj.gov